

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

---

### NO. PD-1490-14

---

**REGINALD D. DAVIS, Appellant**

**v.**

**THE STATE OF TEXAS**

---

**ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
FROM THE SECOND COURT OF APPEALS
TARRANT COUNTY**

---

*Per curiam.*

### O R D E R

The Court of Appeals dismissed Appellant's appeal of the trial court's denial of his motion for DNA testing filed under Article 64.05 of the Texas Code of Criminal Procedure. *Davis v. State*, No. 02-14-00390-CR (Fort Worth - October 23, 2014). The Court of Appeals determined that Appellant's notice of appeal was untimely under Tex.R.App.P. 26.2(a). Therefore, the court did not have jurisdiction to consider the merits of the appeal.

Appellant filed this petition for discretionary review arguing that he did not receive timely notice of the trial court's order denying his motion.  He contends his appeal should be considered because he filed a notice of appeal as soon as he received notice of the trial court's order.  Appellant's notice of appeal was untimely. Rule 26.2(a)(1).  Accordingly, we refuse his petition for discretionary review.  Appellant may seek further recourse for his claim by way of a second DNA proceeding.  See *Ex parte Suhre*, 185 S.W.3d 898 (Tex. Crim. App. 2006).   It is so ordered this the 18th day of March, 2015.

Do not publish